

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-43,740-03

### EX PARTE KENNETH SHED, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. DC-2023-CR-1018-B IN THE 140TH DISTRICT COURT LUBBOCK COUNTY

*Per curiam.*

## OPINION

Applicant was convicted of multiple counts of indecency with a child sexual contact, aggravated sexual assault of a child, and sexual assault of a child and sentenced to Life imprisonment. The Seventh Court of Appeals affirmed his convictions. *Shed v. State*, No. 07-24-00256-CR (Tex. App— Amarillo Jan. 8, 2025). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* Tex. Code Crim.

PROC. art. 11.07.

Applicant contends that appellate counsel was ineffective for failing to timely file a motion to withdraw after his direct appeal was affirmed, thereby inhibiting Applicant from filing a *pro se* motion for rehearing and a *pro se* petition for discretionary review (PDR). Based on the record, the trial court has determined that appellate counsel's performance was deficient and that Applicant would have timely filed a petition for discretionary review but for counsel's deficient performance.

Relief is granted. *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Seventh Court of Appeals in cause number 07-24-00256-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: July 23, 2026
Do not publish